**In the Interest of A.L.B., Plaintiff,**

**K.A.B. (Mother), Appellant,**

**L.M.R. (Father), Defendant,**

v.

**Juvenile Officer, Respondent.**

**No. WD 65164.**

Missouri Court of Appeals,
Western District.

Sept. 13, 2005.

Kathryn L. Mills, Liberty, MO, for K.A.B.

John R. Shank, Jr., Kansas City, MO, for Respondent.

Sherri L. Edwards, Gladstone, MO, Attorney and Guardian for A.L.B.

Before: SMART, P.J., LOWENSTEIN and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Mother appeals from a judgment terminating her parental rights under Section 211.447.4(3), RSMo 2000. Mother contends none of the four factors which the trial court must consider in termination were supported by clear, cogent, and convincing evidence. Affirmed. Rule 84.16(b).